IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRINIDAD GONZALEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LUIS ARMANDO GONZALEZ BOCK, DECESASED AND MARCO POLO GONZALEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LUIS ARMONDO GONZALEZ BOCK, DECEASED, | § | |
| *Plaintiffs,* | § | CIVIL ACTION NO. 3:20-CV-00056 |
| V | § | |
| INDUSTRIAL SCAFFOLDING, L.L.C., MARATHON OIL CORPORATION, MARATHON PETROLEUM CORPORATION, L.P., AND EXCEL MODULAR SCAFFOLD AND LEASING CORPORATION | § | |
| *Defendants* | | |

**DEFENDANT MARATHON PETROLEUM CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendant Marathon Petroleum Corporation identifies the following persons and/or parties that may have a financial interest in the outcome of this litigation:

1. Trinidad Gonzales, Plaintiff.

2. Marco Polo Gonzales, Plaintiff.

3. Ivey Law Firm, P.C., counsel for Plaintiff.

4. Newton Jones & McNeely, counsel for Marathon Petroleum Corporation.

5. Marathon Petroleum Company, LP, Defendant.

a. The general partner of Defendant Marathon Petroleum Company LP is MPC Investment LLC. The sole member of MPC Investment LLC is Marathon Petroleum Corporation.

b. The sole limited partner of Defendant Marathon Petroleum Company LP is Marathon Petroleum Corporation.

c. Marathon Petroleum Corporation is publicly traded under the ticker symbol "MPC."

d. Blanchard Refining Company LLC, is the owner of the Galveston Bay Refinery in Texas City, Texas. The sole member of Blanchard Refining Company LLC is Blanchard Holdings Company LLC. The sole member of Blanchard Holdings Company LLC is Marathon Petroleum Company LP.

6. Marathon Oil Corporation. Marathon Oil Corporation is publicly traded under the ticker symbol "MRO."

7. Shipley, Snell, Montgomery LLP, counsel for Defendant Marathon Oil Corporation.

If information becomes available that other entities or parties have such a financial interest, Defendant will supplement this Certificate.

Respectfully submitted,

**NEWTON, JONES & MCNEELY**

By: */s/ H. Dwayne Newton*
H. Dwayne Newton
State Bar No.: 14977200
Federal ID No.: 7298
dnewton@newton-lawyers.com
Cynthia L. Jones
State Bar No.: 00852600
Federal ID No.: 11485
cljones@newton-lawyers.com
Randall L. Beaty
State Bar No.: 24095999
Federal ID No.: 3125948
rbeaty@newton-lawyers.com
3405 Marquart
Houston, Texas 77027
Telephone: (713) 493-7620
Facsimile: (713) 493-7633

**ATTORNEYS FOR DEFENDANT MARATHON PETROLEUM CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Certificate of Interested Parties has been filed through CM/ECF system this 11th day of March, 2020 for service on all parties:

Mr. Jack Todd Ivey
Mr. Jacob D. Barber
**IVEY LAW FIRM, P.C.**
11111 Katy Freeway, Ste. 700
Houston, Texas 77079
contact@iveylawfirm.com
*Attorneys for Plaintiffs*

Joel Z. Montgomery
Scott M. Kelly
**SHIPLEY SNELL MONTGOMERY LLP**
712 Main St., Ste. 1400
Houston, Texas 77056
jmontgomery@shipleysnell.com
skelly@shipleysnell.com
*Attorneys for Marathon Oil Corporation*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Kent M. Adams
909 Fannin Street, Suite 3300
Houston, Texas 77010
Kent.Adams@wilsonelser.com
*and*
Mr. Russell W. Heald
Mr. Ross Holiday Jones
550 Fannin Street, Suite 800
Beaumont, Texas 77701
Russell.Heald@wilsonelser.com
Ross.Jones@wilsonelser.com
*Attorneys for Defendant Industrial Scaffolding LLC*

*/s/ Cynthia L. Jones*
Cynthia L. Jones